## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Criminal No. 1:08-CR-132-003** |
| | ) | **Sentencing: 10/16/09** |
| **JORGE PARADA, et al** | ) | **Judge: Liam O'Grady** |
| | ) | |
| **Defendant(s).** | ) | |
| | ) | |

### NOTICE OF APPEAL

Name and address of Appellant:
Jorge Parada
NORTHERN NECK REGIONAL JAIL
3908 RICHMOND RD.
WARSAW, VA 22572

Name and address of Appellant's attorney:
John O. Iweanoge, II
THE IWEANOGES FIRM, P.C.
1026 MONROE STREET, NE
WASHINGTON, DC 20017

Offense: CONSPIRACY TO DISTRIBUTE LESS THAN 500 GRAMS OF COCAINE, 21 U.S.C. §§ 846 AND 841 (a) (1) AND (b) (1) (c) AND 851.

Concise statement of judgment or order, giving date, and any sentence:
DEFENDANT WAS FOUND GUILTY BY A JURY ON COUNT SEVEN ON JUNE 11, 2009 AND WAS SENTENCED ON OCTOBER 16, 2009 TO 300 MONTHS BY JUDGE LIAM O'GRADY.

Name and institution where now confined, if not on bail: NORTHERN NECK REGIONAL JAIL

I, the above named appellant, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the above-stated judgment.

Respectfully submitted,

_____/s/_____
Attorney for Appellant

Jorge Parada
Appellant by Counsel

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following: Jonathan Fahey, AUSA, Jeanine Linehan, AUSA, and Inayat Delawala, AUSA, United States Attorneys' Office for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, VA 22314.

Dated: 23rd day of October, 2009.

_____/s/_____
Of Counsel to Appellant